IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02724-CMA-MEH

INTELLIGENT OFFICE SYSTEM, LLC,

    Plaintiff,

v.

VIRTUALINK CANADA, LTD., and
BRIAN MONTEITH,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 5, 2016**.

    Defendants' Motion to Withdraw or Dismiss as Moot Defendants' Motion for Protective Order [filed February 4, 2016; docket #26] is **granted**.  Defendants' Motion for Protective Order [filed February 2, 2016; docket #23] is **withdrawn**.